UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORELIE HAMPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C13-5820-RSM-JPD<br><br>REPORT AND RECOMMENDATION |

This matter comes before the Court upon plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. Specifically, plaintiff's IFP application indicates that her spouse's annual gross income is $50,400, and that he received $37,200 in "pension, annuities or life insurance payments" in the last twelve months. In addition, plaintiff and her spouse received $38,400 and $10,800, respectively, in "disability, unemployment, workers compensation or public assistance" payments in the last year. *Id.* at 1. Plaintiff and her spouse also own a $252,000 home, and have $5,500 on hand or in bank accounts. *Id.* at 2.

REPORT AND RECOMMENDATION
PAGE - 1

1     After careful consideration of plaintiff's IFP application, the governing law, and the
2 balance of the record, the Court recommends DENYING plaintiff's application to proceed IFP
3 (Dkt. 1) and directing her to pay the $400 filing fee within thirty (30) days of the date of the
4 Order adopting this Report and Recommendation.  Plaintiff is advised that failure to pay this
5 filing fee will result in dismissal of this action.
6     The Clerk of the Court is directed to send copies of this Report and Recommendation to
7 the plaintiff and to the Honorable Ricardo S. Martinez.

    DATED this 26th day of September, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2