UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORELIE HAMPTON,

    Plaintiff,

  v.

CAROLYN W COLVIN, Acting Commissioner
of Social Security Administration

    Defendant.

CASE NO. C13-5820 RSM

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

  The Plaintiff having paid the filing fee on October 3, 2013, the Courts finds the Report and Recommendation is now moot and directs the Clerk to remove the Report and Recommendation from its motion calendar.

  DATED this 3rd day of October 2013.

         WILLIAM McCOOL, Clerk


         By: /s/ Rhonda Stiles
           Deputy Clerk

MINUTE ORDER